# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN SAMPLES, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 05-1375-JTM |
| ) | |
| ALLEN, GIBBS & HOULIK, L.C., ) | |
| TRUSTED ADVISORS, LLC, ) | |
| (Formerly known as AGH WEALTH ) | |
| MANAGEMENT SOLUTIONS, LLC) ) | |
| AND BRYAN CAVE, L.L.P., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANTS ALLEN, GIBBS & HOULIK, L.C. and
## TRUSTED ADVISORS, LLC

Pursuant to F.R.Civ.P.41(a)(1)(i), Plaintiff, John Samples, hereby files this Notice of Dismissal, with prejudice, as to Defendants Allen, Gibbs & Houlik, L.C. and Trusted Advisors, LLC (Formerly known as AGH Wealth Management Solutions, LLC).

Lee Thompson, # 08361
THOMPSON LAW FIRM, LLC
106 E. 2nd Street
Wichita, Kansas 67202
Telephone:   (316) 267-3933
Fax:   (316) 267-3901
E-mail:   lthompson@tslawfirm.com
**ATTORNEYS FOR PLAINTIFF
JOHN SAMPLES**

By: s/ Lee Thompson

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2006, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Lynn S. McCreary #16658
>Bryan Cave LLP
>One Kansas City Place
>1200 Main Street, Suite 3500
>Kansas City, MO 64105-2100
>Email: lmccreary@bryancave.com

>And

>Thomas C. Borders
>McDermott Will & Emery LLP
>227 W. Monroe
>Chicago, IL 60606
>Email: tborders@mwe.com
>**Counsel for Bryan Cave LLP**

>And

>Joel I. Krieger
>1011 W. 87th Street
>P.O. Box 12290
>Overland Park, Kansas 66282
>Email: jkrieger@wsabe.com
>**Counsel for Allen Gibbs & Houlik, L.C. et al.**

__s/ Lee Thompson__
Lee Thompson

2